UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE     DATE: 5/26/2022
                                                  TIME: 2:00 PM
                                                  ☐ SEALED PROCEEDING

## CIVIL CAUSE FOR INITIAL CONFERENCE
CASE:  2:22-cv-00531-JS-JMW, Ruland v. Russell et al

APPEARANCES:

   For Plaintiff:   Jeffrey Melcer

   For Defendant:  Ralph Reissman

Court Reporter/FTR: 2:15-2:27 (video)

## THE FOLLOWING RULINGS WERE MADE:

☒     Initial Conference held. The parties summarized the details of the case.  Following discussion with counsel and review of the submitted worksheet, the Court adopted a Scheduling Order which is attached at DE#22.

☒     A Status conference has been scheduled for October 19, 2022, at 9:30 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.

     A Pretrial conference has been scheduled for July 17, 223, at 10:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. If the trial judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 5 business days prior to this conference.


                                                SO ORDERED
                                                /s/James M. Wicks
                                                JAMES M. WICKS
                                                United States Magistrate Judge