UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE   DATE: 10/19/2022
TIME: 9:30 AM
☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE
### CASE: 2:22-cv-00531-JS-JMW-Ruland v. Russell et al.

APPEARANCES:

    For Plaintiff:     Jeffrey Brian Melcer

    For Defendant:     Ralph J. Reissman

Court Reporter/FTR:     9:30-9:38 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held. The parties advised the Court that discovery has been delayed due to recent changes in the law. All dates remain in place and unchanged. The parties were directed to file a joint status letter by December 16, 2022, advising the Court of the status of discovery and, to the extent adjustments are required, a proposed amended schedule with dates.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge