UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE  DATE: 01/23/2023
TIME: 10:30 AM
☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE: 2:22-cv-00531-JS-JMW-Ruland v. Russell et al.**

APPEARANCES:

    For Plaintiff:    Jeffrey Brian Melcer

    For Defendant:    Ralph J. Reissman

Court Reporter/FTR:    10:31-10:42 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒    Status Conference held. The parties advised the Court of the status of this case and recent caselaw related to it. As such, an extension was requested and good cause shown. The end date of fact discovery will be April 28, 2023.

A Status Conference has been scheduled for April 3, 2023 at 10:30 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

    SO ORDERED
    /s/ *James M. Wicks*
    JAMES M. WICKS
    United States Magistrate Judge