UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE  DATE: 04/03/2023
TIME: 10:30 AM
☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE: 2:22-cv-00531-JS-JMW-Ruland v. Russell et al.**

APPEARANCES:

    For Plaintiff: Jeffrey Brian Melcer

    For Defendant: Ralph J. Reissman

Court Reporter/FTR: 10:32-10:40 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held. The parties advised that paper discovery is substantially complete as of recent and the parties are working on scheduling depositions. The parties requested extensions of the fact and expert discovery deadlines. On or before April 14, 2023, the parties are to file a joint letter with proposed revised dates and deadlines for the balance of the case for the Court's consideration.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

.

    SO ORDERED
    /s/ *James M. Wicks*
    JAMES M. WICKS
    United States Magistrate Judge