**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

July 10, 2023

Via ECF
Hon. James M. Wicks
United States District Court
100 Federal Plaza
Central Islip, New York 11722

    Re:    *Ruland v. Nassau County Police Sgt. Willaim S. Russell, et al.*
            22-CV-00531 (JS)(JMW)

Your Honor:

This office represents defendants, Nassau County, the Nassau County Police Department and seven (7) individual members of the Nassau County Police Department in the above referenced action. Pursuant to the Court's directive issued July 5, 2023, the parties respectfully jointly submit the following proposed amended case schedule:

October 27, 2023 – Completion of depositions

November 17, 2023 – Plaintiff to furnish expert's report

December 22, 2023 – Defendants to serve expert's report

January 22, 2024 – Completion of expert depositions

February 9, 2024 – Completion of all discovery

February 23, 2024 – First step for any dispositive motion under Judge Seybert's rules

March 15, 2024 – Filing of Joint Pretrial Order

The parties have scheduled plaintiff's deposition for August 10, 2023 and are in the process of setting dates for the first two defendant police officers.

As always, the parties thank Your Honor for your attention and consideration in this matter.

*[Handwritten annotation:]* Schedule as set forth above hereby adopted. Status conference will take place by Zoom.

*[Handwritten annotation right margin:]* • Status Conference January 23, 2024 at 10:00 AM via Zoom

Respectfully submitted,

/s/ Ralph J. Reissman
RALPH J. REISSMAN

**SO ORDERED:**
/s/ James M. Wicks
James M. Wicks, USMJ
Dated: 7/11/23
Central Islip, NY

cc: (Via ECF) Jeffrey B. Melcer, Esq.

ONE WEST STREET – MINEOLA, NEW YORK 11501-4820
516-571-3056, FAX 516-571-6684, 6604